**No. 09-8457. Octavio Delvillar, Petitioner v. United States.**

559 U.S. 957, 130 S. Ct. 1553, 176 L. Ed. 2d 143, 2010 U.S. LEXIS 1457.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-8458. Allan Elias, Petitioner v. United States.**

559 U.S. 957, 130 S. Ct. 1553, 176 L. Ed. 2d 143, 2010 U.S. LEXIS 1223.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-8459. Dustin Decker, Petitioner v. United States.**

559 U.S. 957, 130 S. Ct. 1554, 176 L. Ed. 2d 143, 2010 U.S. LEXIS 1389.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 580 F.3d 528.

**No. 09-8460. Andre Cooper, Petitioner v. United States.**

559 U.S. 957, 130 S. Ct. 1554, 176 L. Ed. 2d 143, 2010 U.S. LEXIS 1375.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 343 Fed. Appx. 830.

**No. 09-8467. Connie Jermaine Young, Petitioner v. United States.**

559 U.S. 957, 130 S. Ct. 1554, 176 L. Ed. 2d 143, 2010 U.S. LEXIS 1201.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 347 Fed. Appx. 182.

**No. 09-8468. Guillermo Orduno, Petitioner v. United States.**

559 U.S. 957, 130 S. Ct. 1554, 176 L. Ed. 2d 143, 2010 U.S. LEXIS 1234.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 343 Fed. Appx. 144.

**No. 09-8469. Nathaniel Ray Stotts, Petitioner v. United States**

559 U.S. 957, 130 S. Ct. 1554, 176 L. Ed. 2d 143, 2010 U.S. LEXIS 1442.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 346 Fed. Appx. 356.

**No. 09-8471. Artis Eugene Slade, Petitioner v. United States.**

559 U.S. 957, 130 S. Ct. 1554, 176 L. Ed. 2d 143, 2010 U.S. LEXIS 1199.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 346 Fed. Appx. 948.

**No. 09-8477. Qian Chen, Petitioner v. Ricardo S. Martinez, Judge, United States District Court for the Western District of Washington.**

559 U.S. 957, 130 S. Ct. 1570, 176 L. Ed. 2d 143, 2010 U.S. LEXIS 1253,

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 328 Fed. Appx. 564.